**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ARTIS CECIL HUTCHINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:17-CV-364 (MTT) |
| Major DARRELL BRYANT, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the Plaintiff's Eighth Amendment deliberate indifference to medical needs claims against Defendants Akunwanne and Bryant to proceed. Doc. 8 at 2. The Magistrate Judge recommends that the Plaintiff's Eighth Amendment claims against Defendant Peavy be dismissed without prejudice. *Id.* The Plaintiff has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 8) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Defendant Peavy are **DISMISSED without prejudice**.

**SO ORDERED,** this 23rd day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT